UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-274-T-17AEP

ELIER BOZA

## FINAL JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET

Before the Court is the United States' Motion for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for a Final Judgment of Forfeiture as to the following property:

> A 1987 Pursuit Pleasure Craft, Hull ID # SSUJ5046K687; Florida Registration FL2392EX, registered in the name of Martha Martinez, including dual Yamaha outboard motors and trailer.

The United States also moves, pursuant to the above provisions and those of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to enter a Final Judgment of Forfeiture for Substitute Asset, in partial satisfaction of the defendant's forfeiture money judgment in the amount of $205,306.00, for the following property:

> A 2005 Ford F150 Truck, Vehicle Identification Number 1FTRF12W95NA63623, Florida Tag Number 765TUS, registered in the name of Martha Maria Martinez.

Having been fully advised in the premises, the Court finds as follows:

1. On January 26, 2011, the Court entered the Forfeiture Money Judgment, Preliminary Order of Forfeiture and Preliminary Order of Forfeiture for

Substitute Asset, forfeiting to the United States of America all of Boza's interest in the identified property. (Doc. 37).

2. On January 26, 2011, Boza was sentenced, and the identified property was found subject to forfeiture and included in the Judgment. (Docs. 36, 40).

3. On March 2, 2011, the United States sent a Notice of Forfeiture, Acknowledgment of Receipt of Notice of Forfeiture, and a copy of the Forfeiture Money Judgment, Preliminary Order of Forfeiture and Preliminary Order of Forfeiture for Substitute Asset to Martha Maria Martinez, 2017 Bryan Road, Brandon, Florida 33511, via U.S. regular mail and certified mail no. 7001 2510 0005 9935 5479. The certified mail was delivered to Ms. Martinez on March 4, 2011. The notice gave Ms. Martinez instructions for filing a petition with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, to claim an interest in the identified property. To date, Ms. Martinez has not filed a claim to the identified property.

4. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the identified property, on the official government website, www.forfeiture.gov, from January 28, 2011 through February 26, 2011. (Doc. 44). The publication gave notice to all third parties with a legal interest in the identified property to file with

the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5.  No person or entity other than Boza (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture and Preliminary Order for Substitute Asset), is known to have an interest in the identified property. No third party has filed a petition or claimed an interest in the identified property, and the time for filing such petition has expired. Thus, any third-party interest in the identified property is now barred.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title, and interest in the identified property is CONDEMNED and FORFEITED to the United States of America under the provisions of 21 U.S.C. § 853(n)(7), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for disposition according to law.

Clear title to the identified property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 11th day of April, 2011.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of Record